**LAWRENCE P. RAMIREZ, (State Bar No. 141550)**
**THE LITIGATION LAW GROUP**
111 North Market Street, Suite 1010
San Jose, CA 95113
Telephone:  (408) 971-1119
Facsimile:   (408) 971-1625

Attorneys for Plaintiffs
Rene Castro and Dolores Castro

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE CASTRO, DOLORES CASTRO, as individuals, <br><br>              Plaintiff, <br>      vs. <br>AMERICAN MORTGAGE EXPRESS CORPORATION, a Pennsylvania corporation, COUNTRYWIDE HOME LOANS, INC., a New York Corporation, BANK OF AMERICA CORPORATION, a Delaware corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,  a Delaware corporation, RECONTRUST COMPANY,  as Trustee, and DOES 1 through 50, inclusive, <br>              Defendants | Case No.: 09-CV-01575 JW <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs RENE CASTRO and DOLORES CASTRO, by and through their attorneys, voluntarily dismiss the above captioned action without prejudice, each party to bear its own fees and costs.

Dated this September 15, 2009

Respectfully Submitted,

_____/s/_____
Lawrence P. Ramirez

**\*\*\* ORDER \*\*\***

Defendants' Motion to Dismiss is DENIED as moot.  The Clerk shall close this file.

Dated:  October 7, 2009

JAMES WARE
United States District Judge